RECEIVED
MAR - 5 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| JOHN PAUL THOMAS | CIVIL ACTION NO. 6:12-cv-2297 |
| VS. | SECTION P |
| | JUDGE RICHARD T. HAIK, SR. |
| MICHAEL NEUSTROM, SHERIFF, LAFAYETTE PARISH | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

IT IS ORDERED that this action be DISMISSED in accordance with the provisions of FRCP Rule 41(b).

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this 5th day of March, 2013.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE